IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH WINSLOW, <br> Plaintiff, | § § § § § § | |
| VS. | § | CIVIL ACTION NO. H-07-00767 |
| | § § § | |
| SHERIFF TOMMY THOMAS, <br> HARRIS COUNTY, JARRYL <br> TUDMON, JASON SUAREZ, <br> MICHAEL MEDINA, and <br> ROBERT RODRIGUEZ; | § § § § § § | |
| Defendants | § | |

**EXPERT REPORT OF Dwight D. Steward, PH.D.**

**March 31, 2008**

Suite 230
106 E 6th Street
Austin, Texas 78701
(512) 476-3711
fax: (512) 476-9712

1

**Introduction**

1. My name is Dwight Steward and I am an economist and statistician. As an economist and statistician, I have provided research reports, expert witness testimony, and consultation on issues involving police racial profiling and use of force, discrimination, and economic damage related issues in federal and state courts. In this case, I have been retained by the Office of the Harris County Attorney to perform a statistical analysis of the allegation that the Harris County Sherriff's Department has a pattern and practice of employing excessive use of force against inmates in its detention and inmate processing areas.

2. In addition to serving as an expert witness, I have performed extensive research and lectured widely on the statistical analysis of police racial profiling and use of force. I have worked with community groups and police oversight organizations, such as the Texas NAACP, ACLU, and the Texas Criminal Justice Coalition, as well as with police organizations such as the Police Executive Research Forum (PERF), the Austin Office of Police Monitor, and the Dallas Area Rapid Transit (DART) on issues related to the statistical analysis of police racial profiling and the collection of police-public contact data.

3. I have also organized and participated in numerous roundtable discussions with police executives, state legislators, and community leaders on the issues of police racial profiling and use of force and provided testimony to the Texas State Legislature concerning police racial profiling legislation. Our firm currently serves as a state-wide repository for the annual

racial profiling reports submitted by Texas police agencies and our statistical research on police racial profiling in Texas has received numerous national media cites and references by researchers. In addition, I have held teaching positions in the Department of Economics at the University of Texas at Austin, the Red McCombs School of Business at the University of Texas at Austin, and in the College of Business at Sam Houston State University. My full curriculum vita is attached to this report.

4.   It is my opinion that there is no statistical evidence to support the allegation that the Harris County Sherriff's Department had a pattern and practice of using excessive force against inmates in the Harris County processing and detention centers. My analysis is discussed in more detail in the following sections of this report. The documents I used to construct my analysis are listed in Exhibit A and in the text and footnotes in this report. I reserve the right to amend and supplement this report.

**Methodology and Findings**

5.   As mentioned above, it is my understanding that the plaintiff in this case alleges that Harris County Sherriff's Department personnel had a pattern and practice of using excessive force against inmates at the processing and detention center. To provide a statistical analysis of the allegations I examined several aspects of use of force by Harris County personnel in these areas. Specifically, I analyzed the frequency of use of force, incidents of excessive use of force, and the injuries resulting from the use of force at the

3

Harris County detention and processing center. My statistical findings are as follows.

6. First, the number of use of force incidents by Harris County personnel is consistent with other police agencies nationally. As shown in Figure 1, the rate in which use of force is employed against Harris County inmates is statistically consistent, and numerically lower, than the average rate of police use of force nationally. According to Harris County use of force statistics, force was used against approximately 0.06% to 0.12% of the over 100,000 inmates at Harris County detention centers in the 2003 to 2005 time period. In contrast, generally accepted and publicly available use of force data from the United States Bureau of Justice Statistics (BJS) shows that similar force was used at a higher rate nationally. This data shows that force was used in approximately 0.66% to 0.96% of police-public contacts.

7. Second, the excessive use of force rate is substantially lower than the rate at other police agencies nationally. The Harris County use of force information shows that there were 5 instances from 2001 to 2005 where the use of force by its personnel was determined by the Harris County Sherriff's Department to be excessive and/or inappropriate. As shown in Figure 2, the 2001 to 2005 excessive use of force rate is approximately 0.86 excessive force incidences per 200 officers. Police management data shows that nationally the rate of excessive use of force is generally higher on average. Law Enforcement Management and Administrative Statistics (LEMAS) data from the BJS shows

that the typical police agency experiences approximately 2.0 substantiated incidences of excessive use of force per 200 officers.

8. Third, the number of inmate injuries resulting from the use of force by Harris County personnel is statistically consistent and generally lower than the injury rate of other police agencies nationally. Harris County use of force data for the 2005 time period shows that when force was used inmates were injured in approximately 27.8% of the incidents. In contrast, International Association of Chiefs of Police (IACP) data on the use of force injury rate for other police agencies report an average use of force injury rate of approximately 38%. Figure 3 shows the actual and expected number of injuries for the Harris County inmate and detention centers.

**Summary**

9. In sum, it is my opinion that there is no statistical evidence to support the allegation that Harris County Sherriff's Department had a pattern and practice of using excessive force against inmates in the Harris County processing and detention centers. My analysis shows that Harris County's frequency of use of force, excessive use of force incidents, and the injuries resulting from the use of force are consistent with, or lower than, other police agencies.

Dwight D. Steward

**Exhibit A: Documents**

| Num. | Description |
|------|-------------|
| 1 | Plaintiff's 2nd Amended Complaint |
| 2 | Plaintiff's Expert Baxter's Report |
| 3 | Plaintiff's Expert Baxter's CV |
| 4 | Plaintiff's Expert Designation |
| 5 | IAD Stats-Use of Force 2000 |
| 6 | IAD Stats-Use of Force 2001 |
| 7 | IAD Stats-Use of Force 2002 |
| 8 | IAD Stats-Use of Force 2003 |
| 9 | IAD Stats-Use of Force 2004 |
| 10 | IAD Stats-Use of Force 2005 |
| 11 | HCSO Use of Force Analysis Reports 2001-2005 |
| 12 | Alan H. Baxter-031308 deposition testimony |

## Harris County's inmate processing personnel use of force rates are statistically consistent with average police use of force rates nationally.

Figure 1. Actual and expected use of force incidents as a percentage of inmates processed by Harris County personnel



**Methodology notes:**
1. Actual use of force rates are the number of Harris County use of force incidents divided by the number of inmates handled in that year.
2. Expected use of force rates are obtained from the U.S. Bureau of Justice Statistics' National Crime Victimization Survey (NCVS)

# Excessive use of force rates by Harris County inmate processing personnel are substantially lower than that of other U.S. police agencies



Figure 2. Harris County substantiated excessive use of force complaint rates for 2001-2005 versus other U.S. police agencies

Methodology notes:
1. A sustained excessive use of force complaint is one where it has been determined by police agency officials or an oversight board that excessive force was used by the police personnel.
2. Harris County substantiated excessive force rates are obtained from HCSO Use of Force Analysis Reports, 2001 to 2005.
3. Sustained excessive force rates for U.S. police agencies is obtained from Law Enforcement Management and Administrative Statistics (LEMAS) on Citizen Complaints on Police Use of Force

# The injury rate for Harris County inmates in use of force incidents is substantially lower than that of other U.S. police agencies

**Figure 3.** Actual and expected inmate injuries resulting from Harris County inmate processing use of force incidents, 2001 to 2005



Methodology notes:
1. The actual number of inmate injuries in obtained from HCSO Use of Force Analysis Reports, 2001 to 2005.
2. The expected number of injuries is obtained by multiplying the number of use of force incidents by the use of force injury rate of U.S. police agencies
3. The use of force injury rate of U.S. police agencies (0.38) is obtained from the International Association of Chiefs of Police (IACP) National Database Project on Police Use of Force.

**DWIGHT STEWARD, Ph.D.**
Economist and Statistician

Littlefield Building
106 E 6th St Ste 230
Austin, Texas 78701

512-476-3711
dsteward@employstats.com

Dr. Dwight Steward is an expert in statistical and economic analysis of labor and employment related issues. He has experience in consulting and litigation involving employment discrimination and wage and hour matters —on behalf of both defendants and plaintiffs.

Dr. Steward has also developed and implemented innovative methodologies to assist attorneys in the assessment of economic damages in cases involving death or catastrophic injury. As an expert witness, he has authored hundreds of expert reports, been deposed in over 100 cases and testified in over 30 trials. He has also testified in hearings, arbitrations, city council meetings, and before the Texas state legislature.

Dr. Steward writes regularly on employment related issues and frequently speaks to economic and legal professional groups. Dr. Steward's research on the statistical analysis of police racial profiling has received national attention.

In addition, Dr. Steward previously taught in the Department of Economics and the Red McCombs School of Business as the University of Texas at Austin and at Sam Houston State University. He taught numerous courses in economics, statistics, and corporate finance and in 2002 was voted the teacher of the year by the UT's largest business and professional organization.

## EDUCATION

Ph.D. in Economics, University of Iowa, 1995

B.A., Economics, University of Texas at Austin; earned U.S. Army Officer Commission – Field Artillery, 1990

## PROFESSIONAL EXPERIENCE

*EmployStats and Econ One,* Economist and Statistician, March 2005 to present

*Steward Research Group,* Founder and Principal, 1996 - 2005

*University of Texas at Austin,* Department of Economics and the Red McCombs School of Business, Senior Lecturer, 1996-2002

*Sam Houston State University,* College of Business Administration, Visiting Assistant Professor, 1996-1998

*Welch Consulting,* Economist, College Station, TX, 1995 – 1996

*Expert witness testimony list, full listing of speaking engagements, and writings available on request*

***INVITED PRESENTATIONS AND PUBLIC SPEAKING ENGAGEMENTS***

NAACP 71st Texas Annual meeting, "Police Use of Force and Racial Profiling Panel Discussion" McAllen, Texas, October 12, 2007

Western Economic Association International, Chairperson of Employment Discrimination and Wage and Hour Analysis Sessions, Seattle, Washington, June 29 – July 1, 2007

UT School of Law 14th Annual Employment Law CLE, Presented with Stephanie Botello, "Calculating, proving, and mitigating damages involving re-employment", Austin, Texas, May 17, 2007

Iowa Economic Alumni Workshop, Tippie College of Business, "How Long do Mexican Migrants Work in the U.S.?", Iowa City, Iowa, April 21, 1007

Trialsmith CLE webinar series, "Calculating economic damages in injury and death cases", February 8, 2007

American Economic Association Annual *Meeting*, Session Chairperson, "Economic issues in estimating damages in commercial and personal injury cases", Chicago, Illinois, January 6, 2007

MADD National Diversity Forum II, speaker for "Profiling to Behavior" a moderated panel discussion, Dallas, Texas, May 16 – 18, 2006

Academy of Economics and Finance meeting, presented "Valuing employee stock options grants in litigation", Houston Texas, February 10, 2006

American Economic Association annual meeting, presented "Estimating the work life expectancy of undocumented Mexican migrant workers", Boston, Massachusetts, January 2006

DRI 2005 annual meeting, speaker for employment law "Lies, Damn Lies, and Employment Statistics, Chicago, Illinois, October 21, 2005

Labor and Employment Roundtable, sponsored by Texas Lawyer, August 31, 2005

Austin Business District Roundtable, 'Economic Roundtable on the Future of the Austin and Texas Economy, July, 2005

Iowa Alumni Workshop, Department of Economics, Tippie College of Business: "Economics and economists in the U.S. legal system: A view from the trenches", University of Iowa, April, 2005

Police Executive Research Forum: "Data Analysis Guidelines for Poststop Analyses", Las Vegas and Kansas City; 2004

Texas State Capitol Media Press Conference –Study Release, Topic: "An Examination of Consent Searches and Contraband Hit Rates at Texas Traffic Stops", Austin, Texas, 2005

Police Executive Research Forum, Racial Profiling Meeting: Denominator Conference, *"Use of census data to measure racial disparities in traffic stops"*, Las Vegas, Nevada, 2004

Austin City Council Meeting, West University Area Rezoning, "Rezoning Austin's West Campus, A Unique Opportunity for Smart Growth, Austin, Texas, 2004

Rev. 12/20/2007 4:00:00 PM         Presentations         Dwight Steward, Ph.D.

1

African-American Economic Legislative Forum, Host by Rep. Senfronia Thompson, Roundtable Speaker, Texas State Capital, Austin, Texas, 2004

North Texas Police Racial Profiling Conference, The University of Texas at Arlington, Center for Mexican American Studies, "The 2002 Racial Profiling Data Revisited: A Look to the Future", Arlington, Texas 2004

NAACP and LULAC Police-Community Town Hall Meeting, "A Look at Police Racial Profiling Statistics in Fort Worth, Fort Worth, Texas, 2004

NAACP and LULAC Police-Community Town Hall Meeting, "A Look at Police Racial Profiling Statistics in Beaumont, Beaumont, Texas, 2004

NAACP and LULAC Police-Community Town Hall Meeting, "A Look at Police Racial Profiling Statistics in Houston, Houston, Texas, 2004

Texas State Capitol, Sen. Royce West Legislative Roundtable of Police Racial Profiling Data Collection and SB 1074, Roundtable Speaker, Austin, Texas, 2004

Police-Community Relation Forum, "A Preliminary Look at Racial Profiling in Texas and the Huntsville Area", Huntsville, Texas, 2003

Economic Issues in the African-American Forum, "The Roots of African-American Economic Progress", Radio Program, KAZI, Austin, Texas 2003

Texas State Bar Advanced Employment Law CLE Seminar Topic: "Lies, Damn Lies, and Statistics", Houston, Texas, 2003

Haynes and Boones, LLP, Presentation, Topic: "Use and [Misuse] of economics in economic damage calculations", Austin, Texas, 2002

Texas Police Chief Forum on Racial Profiling, "Using Search Data and Stop Data to Measure Racial Profiling", University of Texas at Austin, Austin, Texas, 2002

Texas State Capitol Press Conference –Study Release, Topic: "Selecting racially balanced Texas Juries", Austin, Texas, 2003

Texas State Capitol, Press Conference-Study Release, Topic: "Cost savings and efficiency in the Texas State Criminal Justice System", Austin, Texas, 2003

PowerCenter, Presentation, Topic: "Drug treatment programs and cost savings in Texas", Houston, Texas, 2003

Texas State Senate Chambers, Presentation, Topic: *"Statistical analysis of police racial profiling data"*, Austin, Texas 2001

This Week with Senator West, Television show, Roundtable Discussion, Topic: *"Detecting racial profiling"*, Austin, Texas 2001

Texas State Capitol, Media Press conference, Topic: *"Release of NAACP police racial profiling study"*, Austin, Texas, 2000

College of Business Administration, Sam Houston State University; Huntsville, Texas, Presentation, Topic: *"Lending discrimination"*, Huntsville, Texas 1998

Federal Reserve Bank of Chicago; Moderator, Topic: *"Detecting Lending Discrimination in Credit Markets"*, Chicago, Illinois, 1997

Federal Reserve Board., Presentation, Topic: *"Bank mergers and managerial"*, Washington D.C, 1995

Rev: 12/20/2007 4:00:00 PM          Presentations          Dwight Steward, Ph.D.

2

**Expert witness testimony list**

International Association Of Firefighters, LOCAL 629 AFL-CIO, et al vs. City Of Monroe, in the United States District Court, Western District Of Louisiana, Monroe Division, deposition testimony, March 2008

Jennifer Jarmon and, Cassius Jarmon, Individually and as Co-Administrators of the estate of Cassidy Jarmon, Deceased, and as Next Friends to Callie Jarmon, a minor child vs. Delbert J. Davison, Old American County Mutual, Prine Towing and Recovery, Inc. COPART, Inc., and DaimlerChrysler Corporation, In the District Court, 412th Judicial District, Johnson County, Texas, deposition testimony, February 2008

Veronica Ramirez Aguilar, Individually, as representative of the estate of Mario Islas Minero, and on behalf of all wrongful death beneficiaries vs. Heart Employee Leasing, Inc. D/B/A and Heart HR, and S and D Plumbing- Taylor LLC, In the District Court of Travis County, Texas, 353rd Judicial District, deposition testimony, January 2008

Rolando Garcia vs. Design Werks, Inc., In the District Court of Travis County, 98th Judicial District, deposition testimony, January 2008

Wilford Vogt, James P. Gauthier, and Humberto Reyna, Jr., for themselves and all others similarly-situated United States District Court, for the Northern District Of Texas Dallas, Dallas Division vs. Texas Instruments Incorporated, deposition testimony, November 2007

Randall Barnett, In The District Court, 353RD Judicial District vs. City Of Austin, Powell Austin Properties, Ltd., Powell Holdings, Inc., Makota, Inc., And Alejandro Herrera, Travis County, Texas, deposition testimony November 2007

Cynthia S. Escamilla vs. United Services Automobile Association, a Reciprocal, and Michael Barry, arbitration November 2, 2007

Cynthia S. Escamilla vs. United Services Automobile Association, a Reciprocal, and Michael Barry, deposition testimony October 8, 2007

Jesus F. Diaz, Individually, as next friend of Marco A. Montoya and Racquel A. Diaz, minors and as dependent Co-Administrator of the Estate of Maria E. Diaz; James L. Caldwell, as dependent Co-Administrator of the Estate of Maria E. Diaz; Alejandro E. Diaz' and Isidora Gonzales vs. General Motors Company, Autonation USA d/b/a Champion Chevrolet, H. E. Butt Grocery Company and Gilbert E. Delgado III in the Probate Court, Travis County Texas, deposition testimony August 7, 2007

Angela Kay Warden, and husband, Brent Warden vs. Wendell B. Ashby, MD, In The 108th District Court, Potter County, Texas, trial testimony May 23, 2007

Angela Kay Warden, and husband, Brent Warden vs. Wendell B. Ashby, MD, In The 108th District Court, Potter County, Texas, deposition testimony May 15, 2007

Case No. CIV-06-CV-0308 BB, William Montano and Doris Lucero vs. Christmas By Krebs Corp., In The United States District Court For The District Of New Mexico, deposition testimony March 13, 2007

No. 05-04497-D; Daniel J. Davis, III and Yvonne Davis vs. Worthy Warnack, M.D., Britt T. Daniel, M.D. and Margaret Hollar, D.O.; In the District Court Dallas County, Texas 95th Judicial District, deposition testimony February 13, 2007

Civil Action No. H-04-3575; Julian James, Individually, Daphne Bates Harrison, et al. vs. Harris County Sheriff's Department, et al,In the United States Court for the Southern District of Texas, Houston Division, trial testimony January 2007

Sheila K. Robinson, Plaintiff, in the District Court of Brazos County, Texas vs. Texas A&M University, Defendant in the 85th Judicial District, College Station, Texas, trial testimony Jan. 11, 2007

Viridiana Mata, Individually and Alejandro Rodriguez Individually, and all on Behalf of Genoveva Rodriguez, a Minor v.Mission Hospital and Heather A. Daley, M.D. 370th Judicial District in the District Court of Hidalgo County, Texas, deposition testimony December 2006

Civil Action No. H-03-954; Billy Ray Tratree v. B.P. Pipelines, Inc.; In the United States District Court for the Southern District of Texas Houston Division, trial testimony October 27, 2006

Civil Action No. H-04-3576; Julian James, Individually; Daphne Bates Harrison, Individually, et al. v. Harris County Sheriff's Department and William Wilkinson; In the United States District Court for the Southern District of Texas Houston Division, deposition October 17, 2006

Texas Health and Human Services Commission, Medicaid and other Health and Human Services Fraud and Abuse Program Integrity - Legal Action Relating to Dr. Turner Lewis, M.D., administrative hearing September 26, 2006

Civil Action No. H-03-954; *Billy Ray Tratree v. B.P. Pipelines, Inc.;* In the United States District Court for the Southern District of Texas Houston Division, trial testimony August 2006

Civil Action No. H-04-3576; Julian James, Individually, Daphne Bates Harrison, et al. vs. Harris County Sheriff's Department, et al,In the United States Court for the Southern District of Texas, Houston Division, deposition March 2006

Michael Gibson v. Ondeo Nalco Energy Services, Inc. and Ondeo Nalco Company In the United States District Court for the Southern District of Texas, Houston Division, trial testimony February 2006

Frederick L. Risker vs. Mahnaz Naveed Shah, M.D., Kelsey –Seybold Medical Group, P.A., and Gramercy Surgery Center, Ltd. D/B/A Gramercy Outpatient Surgery Center, deposition November 2005

Larry Butler and Cathy Butler, Individually and on Behalf of Brittany Butler, a minor, and Erin Ferguson v. Kyle Kennedy, Russell Kennedy, Randi K. Kennedy, and Dana Harris, deposition September 2005

Amy Adkins v. Futurion Associates, Inc., deposition August 2005

Cheryl Smith, Individually and as Guardian and Next Friend of Michelle Smith, an Incapacitated Person vs. Reyna Jean Noble, Ross Road Boring, Co., and Bobby L. Lambright, and Mark Huber, Individually and on Behalf of Jessica Huber, A Minor vs Ross Road Boring, Co., and Bobby L. Lambright, deposition and trial August 2005

Jennifer Passi, Individually and dn/f of Gracelyn Ann and Grant Michael Passi, Minor Children and
as Representative of the Estate ofMichael Vincent Passi, deceased v. Dr. Emery W. Dilling and Dr. Staton L. Awtrey; In Travis County, Texas, deposition 8/10/2005

Tanya Valdez, as next friend of Alejandro Ruben Pando, a minor and Lelia Alvarez, Individually and as representative of the estate of Ruben Pando,Jr., deceased vs. Brinker Texas, L.P. D/B/A On The Border Mexican Grill & Cantina, Brinker Chili's Texas,Inc. D/B/A On The Border Mexican Café, Brinker International, Inc, Chili's Beverage Company, Inc., and Marlene Muniz as independent administratrix and personal representative of the estate of Felipe Ornelas, Jr., deposition 2005

Vanessa Sinegaure, Individually and as a Representative of the Estate of Darnell Eugene Sineguare vs. Bally Total Fitness Corporation, et al; In the 334th Judicial District Court, Harris County, TX, deposition and trial, 2005

Jerry L. Bigelow, Individually and as Next Friend of B.B., J.N.B., J.T.B. and S.B., Minors v. Living Picture AG, Living Picture Ltd., Living Picture GmbH and New York Lighter Co., Inc.; U.S. District Court, Western District of Texas, Austin Division, deposition, 2005

Suresh Dutta vs. David Pistenmaa, In the United States District Court for the Northern District of Texas, Dallas Division, deposition and trial, 2005

Carrie Bennett, Individually as Representative of the Estate of Roy Edward Bennett, Deceased, and as Next Friend of Lane Edward Bennett, Cody Lee Bennett and April Anne Bennett vs. Stephens Martin Paving, LP, Mobile Products, Inc. D/B/A Lay-Mor ; In the District Court, Taylor County, Texas, 42nd Judicial District, deposition, 2005

Robert Edwin Wills vs. Sysco Food Services of Austin, L.P. and Rickey Charles Green In the 82nd Judicial District Court of Robertson County, Texas, deposition, 2005

Michael Gibson v. Ondeo Nalco Energy Services, Inc. and Ondeo Nalco Company; In the United States District Court for the Southern District of Texas, Houston Division, deposition, 2005

Regina Kelly, et al. v. John Paschall et al.; In the United States District Court for the Western District of Texas; Waco Division, two depositions, 2004 and 2005

Charles White vs. Technip USA Corporation and Technip, Inc.; In the 11th Judicial District Court of Harris County, Texas, deposition, 2005

Mike Arismendez and Elva Arismendez v. Covenant Health Systems d/b/a Covenant Medical Center; In the 237th District Court of Lubbock County, Texas, deposition, 2005

Linda Webb, Individually and on behalf of others similarly situated, v. Barnes Group Inc States District Court, Northern District of Texas, Dallas Division; Consolidated Case No. 3-02CV2716-Rm class certification, 2004

Margia Blankenship, et al. v. Marathon Oil, In the District Court of Harris County 281st Judicial District, class certification, 2004

Margia Blankenship, et al. v. Marathon Oil, In the District Court of Harris County 281st Judicial District, deposition, 2004

Sylvia Garcia and Rachel Garcia, Individually and on Behalf of the Estate of Richard Garcia, Deceased vs. Ted L. Phipps, M.D. and The Lubbock Digestive Disease Associates, P.A. and Covenant Health Systems d/b/a Covenant Medical Center In The 237th District Court of Lubbock County, Texas, deposition, 2004

Janet Herdman, et al. v. El Paso Energy Corporation et al.;In the District Court of Harris County, Texas 234 Judicial District, deposition, 2004

Benavides vs. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, trial, 2004

Jason Malone v. D.R. Horton – Emerald, Ltd.; In the 129th Judicial District Court of Harris County, Texas, deposition, 2003

Donald Castleberry and Mary Castleberry v. R. Douglas Mills, M.D., Nurse Jane Doe, St. David's Healthcare System, L.P. d/b/a North Austin Medical Center and Capital Emergency Associates; In The 353rd Judicial District Court of Travis County, Texas, deposition, 2003

Hammer Trucking, Inc. v. St. Paul Fire and Marine Insurance Company, et al.; In the 271st Judicial District Court of Wise County, Texas, deposition, 2003

Rodney Wayne Hurt, M.D. v. Southwest Lincoln Mercury, deposition, 2003

Juan T. Gonzales v. S & B Engineers and Contractors, Ltd.; In the District Court of Harris County, Texas; 280th Judicial District, deposition, 2003

John McKelvey and Lawanda McKelvey vs. Arctic Pipe Inspection, Inc.; In the 333rd Judicial District Court, Harris County, Texas, deposition, 2003

Gwendolyn Mason v. American Electric Power / Central Power and Light Company, In the United States District Court, Western District, deposition, 2003

Linda Webb, Individually and on behalf of others similarly situated, v. Barnes Group Inc States District Court, Northern District of Texas, Dallas Division; Consolidated Case No. 3-02CV2716-R
deposition, 2003

No. GN 203595; Clawson v. Michael Landess and Covert Ford; In the district court of Travis County, Texas, 345th judicial district, deposition, 2003

Juan T. Gonzales v. S & B Engineers and Contractors, Ltd.; In the District Court of Harris County, Texas; 280th Judicial District, trial, 2003

Benavides vs. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, trial, 2003

Gwendolyn Mason v. American Electric Power / Central Power and Light Company, In the United States District Court, Western District, trial, 2003

Mandy De Leon v. Ivan Melendez, M.D et al., In the District Court, Hidalgo County, Texas, 332nd Judicial District, deposition, 2002

Nicole Terry, et al. vs. Qwest Communications, Inc., Santos Ruiz Castillo, and Hertz Equipment Rental, Inc.; In the 82nd District Court of Robertson County, Texas, deposition, 2002

Maria Hilda Rodriguez v. Emerson Electric Co et al., In the United States District Court for the Southern District of Texas, McAllen Division, deposition, 2002

In Re: Ambrocio Suarez, Jr., Deceased; In the Probate Court #2 of Harris County, Texas, deposition, 2002

Robert L. Hunt and Lisa S. Hunt vs. Century 21 Ripley Realty, Robert H. Carroll and Sylvia K. Carroll; in the District Court Williamson County, Texas, 26th Judicial District, deposition, 2002

Marcelyn K. Boone, Individually, and on behalf of similarly situated persons, Plaintiff vs. Union Carbide Corporation, Defendant; United States District Court, Southern District of Texas, Galveston Division, deposition, 2002

Thomas J. Galland v. David L. Winn; In the District Court of Williamson County, Texas, 368th Judicial District, deposition, 2002

Tranquilino C. Munoz v. Newtron, Inc. and John Grant, In the District Court, Jefferson County, Texas 60th Judicial District, deposition, 2002

Kirk Chi v. Dell Computer Corporation; In the United States District Court, Western District of Texas, deposition, 2002

Pablo Reyes v. Glesby Marks Corporation; Atlas Air Conditioning Company, L.P.; Comfort Systems U.S.A., Inc.; Atlas-Accurate Holdings, L.L.C. and John Bolan; In the District Court of Harris County, Texas, 189th Judicial District, deposition, 2002

Gwendolyn Mason v. American Electric Power / Central Power and Light Company; In the Southern District of Texas, Corpus Christi Division, deposition and trial, 2002

Dario Ibarra vs. Pat Haas, d/b/a Patrick Haas Construction and Barton Creek Lakeside, LLC, in the 345th Judicial District Court of Travis County, Texas, Personal Injury, deposition, 2002

Benavides vs. Cushman et al, In the District Court of Harris County, Texas; 280th Judicial District, deposition, 2002

Alcatel USA, Inc. v. Cisco Systems, Inc., In the United States District Court for the Eastern District of Texas, Sherman Division, deposition, 2002

Thomas J. Galland v. David L. Winn; In the District Court of Williamson County, Texas, 368th Judicial District, trial, 2002

Mandy De Leon v. Ivan Melendez, M.D et al., In the District Court, Hidalgo County, Texas, 332nd Judicial District, trial, 2002

Juanita Fletcher v. City of Houston, In the 189th Judicial District Court, Harris County, Texas, trial, 2002

Keith Ferrell and Tracey Ware v Robert Robinson and the City of Houston, In the County Civil Court at Law Number One, Harris County, Texas, deposition, 2001

Barbara LaRoche v. Daughters of Charity Health Services of Austin, et. al., In the 126th Judicial District Court of Travis County, Texas deposition, 2001

Brandenburg v. Georgetown Independent School District, United States District Court, Western District of Texas, trial, 2001

EEOC v. BP Amoco et al., In the United States District Court for the Southern District of Texas, Houston Division, deposition, 2000

Gomez v. United Parcel Service, United States District Court, Western District of Texas, deposition, 2000

Pineda v. The City of Houston, In the United States District Court for the Southern District of Texas, Houston Division, deposition, 2000

McDonald v. Dr. Sophia Burns, M.D., 268th District Court Fort Bend County, Texas, deposition, 2000

Michelle Toussaint v. Sonic Restaurant, In the 136th District Court of Jefferson County, Texas, deposition, 2000

Woolf v. Vincent, M.D., 9th District Court, Polk County Texas, deposition, 2000

Cause No. 105,494-Isaac Robinson as Next Friend of Chasity Amanda Robinson, Arizona Jackson and Earlean Murray, as Executrix of the Estate of Ruby McDonald vs. Dr. Sophia Burns, M.D. – 268th District Court – Fort Bend County, Texas deposition, 2000

Olen Lovell III v. Texas Health Resources, Herman Methodist System, Arbitration Cause No. 1310010565, Dallas, Texas, Arbitration, 1999

Walker et. al. v. Facility Insurance Corporation, et. al., In the District Court of Travis County, Texas 98th Judicial District, deposition, deposition, 1999

Milton Santiago v. American Airlines, Inc., In the 191st Judicial District Court, Dallas County, Texas, deposition, 1999

Brown. v. Sysco, Inc., United States District Court, Western District of Texas, deposition, 1999

Walker et. al. v. Facility Insurance Corporation, et. al., In the District Court of Travis County, Texas 98th Judicial District, Robinson/Daubert hearing testimony, hearing, 1999

Mato v. Dr. Jack Baldauf, et.al, United States District Court, Western District of Texas, Austin, trial, 1999

Goode v. City of Austin and Fine Host Corp, United States District Court, Western District of Texas, deposition, 1998

Chambers v. Texas A&M et al., United States District Court, Western District of Texas, deposition, 1998

Chambers v. Texas A&M et al., United States District Court, Western District of Texas, trial, 1998

## PUBLIC TECHNICAL REPORTS, PUBLICATIONS AND WORKING PAPERS

Economic Damages Primer for Attorneys: The building blocks for valuing economic damages in personal injury, wrongful death, medical malpractice, and products liability cases, (Joint with Charles Mahla, Ph.D., Michael Sadler, Ph.D., Chad Shirley, Ph.D., Doug Berg, Ph.D., et al.), Econ One Research, Inc., September 2007

"How Long do Mexican Migrants Work in the U.S.?" (Joint with Amy Raub and Jeannie Elliott), Journal of Forensic Economics, Volume XIX No. 2

"Evaluating the Statistical and Economic Significance of Statistical Evidence in Employment Discrimination Cases, Expert Evidence Report, The Bureau of National Affairs, Inc. Vol. 5, No. 5; p. 117-119; March 7, 2005 and March 23, 2005

"Racial Differences in Interest Rates", Midwestern Business and Economic Review, p. 9 – 24, Number 34 Fall 2004

"Lies, Damn Lies, and Statistics: A View from a Statistical Expert", Advanced Employment Law CLE Chapter 13.1, 2003

"Evaluating Statistical Evidence in Employment Discrimination Cases, Expert Evidence Report, Bureau of National Affairs, p. 117-119.

"An Examination of Consent Searches and Contraband Hit Rates at Texas Traffic Stops", (Co-Authored) Technical Report Prepared for NAACP, LULAC, and Texas Criminal Justice Reform Coalition 2005

"Racial Profiling: Texas Traffic Stops and Searches; A first look at the nation's most comprehensive racial profiling dataset", (Co-Authored) Technical Report Prepared for NAACP, LULAC, and Texas Criminal Justice Reform Coalition, 2004

"Re-Zoning Austin's West Campus: A Unique Opportunity for Smart Growth", Technical Report Prepared for the University Area Partners, 2004

"Drug Treatment Programs and Cost Savings in the Texas State Criminal Justice System", Technical Report Prepared for Justice Policy Institute and NAACP Voter Fund, 2003

"A Statistical Methodology to Help Courts Select Racially Balanced Texas Juries", Technical Report Prepared for the NAACP, 2003

"A re-examination of police racial profiling using the Becker model of discrimination", co-authors Doug Berg and John Maroney , Working paper, 2002

"A Fixed-Effects Discrete Choice Model of Racial Profiling in Police Vehicle Searches", Working Paper, 2002

"A Preliminary Examination of Racial Profiling in Texas: A look at Police Search Rates in Texas", (Co-Authored), Technical Report Prepared for the NAACP, 2000

"A Note: Bootstrap Standard Errors and Confidence Intervals for Weak Axiom of Cost Minimization (WACM) Based Managerial Efficiency Estimates", Published Applied Economics Letters V.2., 1998

"Bank Mergers and Cost Efficiency", PHD Dissertation, University of Iowa, 1995

"Racial differences in interest rates: a cluster analysis approach", co-authors Doug Berg and Donald Bumpass (SHSU) (2002), Paper accepted for presentation at Economics and Finance Association February 2003 meeting in Savannah, Georgia.