IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH WINSLOW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0767 |
| | § | |
| JARRYL TUDMON, JASON SUAREZ, | § | |
| MICHAEL MEDINA, and ROBERT | § | |
| RODRIGUEZ, | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

**Question No. 1.a:**

Do you find that the defendants used force against Mr. Winslow maliciously and sadistically, for the very purpose of causing him harm?

Answer "Yes" or "No" for each of the following:

a. Jarryl Tudmon         No

b. Jason Suarez          No

c. Michael Medina        No

d. Robert Rodriguez      Yes

\H-07-0767                -1-

**Question No. 1.b:**

Do you find that the defendants failed to protect Mr. Winslow from the use of force maliciously and sadistically, for the very purpose of causing him harm?

Answer "Yes" or "No" for each of the following:

a. Jarryl Tudmon          No
b. Jason Suarez           No
c. Michael Medina         No
d. Robert Rodriguez       No

If you answered "No" to all parts of Question Nos. 1.a and 1.b, skip the remaining questions. If you answered "Yes" to any part of this question, answer the remaining questions.

\H-07-0767                                -2-

**Question No. 2:**

Do you find that the defendants reasonably believed that their actions did not violate Mr. Winslow's right to be free from the use of excessive force?

Answer "Yes" or "No" for each of the following:

1. Jarryl Tudmon         _____
2. Jason Suarez          _____
3. Michael Medina        _____
4. Robert Rodriguez      __NO____

If you answered "Yes" to all parts of this question, skip the following questions. If you answered "No" to any part of this question, answer the following questions.

**Question No. 3:**

Do you find that the plaintiff suffered some harm as a result of any of any defendant's use of excessive force or failure to protect the plaintiff from the use of excessive force by another officer?

Answer "Yes" or "No" for each of the following:

1. Jarryl Tudmon           _____
2. Jason Suarez            _____
3. Michael Medina          _____
4. Robert Rodriguez           NO

If you answered "No" to all parts of this question skip the following questions. If you answered "Yes" to any part of this question, answer the following questions.

**Question No. 4:**

What amount of money, if any, if paid now in cash, do you find would fairly and reasonably compensate Mr. Winslow for his damages, if any, caused by any defendant's use of excessive force against him?

Answer in dollars and cents, if any:

| | | |
|---|---|---|
| A. | Past Medical Expenses | $ _____ |
| B. | Future Medical Expenses | _____ |
| C. | Past Physical Pain and Suffering | _____ |
| D. | Future Physical Pain and Suffering | _____ |
| E. | Past Mental Anguish | _____ |
| F. | Future Mental Anguish | _____ |
| G. | Past Loss of Capacity for the Enjoyment of Life | _____ |
| H. | Future Loss of Capacity for the Enjoyment of Life | _____ |
| | Total | $ _____ |

**Question No. 5:**

Do you find that any of the defendants acted with malice or reckless indifference to Mr. Winslow's constitutionally protected rights such that punitive damages should be assessed against them?

Answer "Yes" or "No" for each of the following:

1. Jarryl Tudmon          _____
2. Jason Suarez           _____
3. Michael Medina         _____
4. Robert Rodriguez       _____

If you answered "Yes" to any part of this question, answer Question No. 6. If you answered "No" to all parts of this question skip Question No. 6.

**Question No. 6:**

What amount of money, if any, if paid now in cash, do you find should be assessed against any Defendant for whom you answered "Yes" to Question No. 5, and awarded to the Plaintiff as punitive damages to punish that Defendant and deter him and others from engaging in similar conduct in the future?

Answer in dollars and cents, if any.

1. Jarryl Tudmon            _____
2. Jason Suarez             _____
3. Michael Medina           _____
4. Robert Rodriguez         _____

_12/10/09_
Date

REDACTED
_____
Foreperson

\H-07-0767                        -7-