UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JOSEPH WINSLOW, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:07-CV-0767 |
| | § | |
| HARRIS COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF DESTRUCTION OF HEARING/TRIAL EXHIBITS

**To: All Counsel of Record**

**The offering parties are notified to take possession of the exhibits submitted into evidence consisting of 1 white 3-ring binder of defendant's exhibits on the above titled case by Friday, May 14, 2021 or the exhibits will be destroyed without further notice pursuant to LR 79.2 of the Southern District of Texas. Exhibits may be picked up at the Office of the Clerk, US District Court, 515 Rusk Street, Rm. 5300, Monday-Friday 8:00 am to 5:00 pm.**

**Nathan Oschner, Clerk of Court**

**Date: 4/28/2021**     by:     **Joan Davenport, deputy clerk**

**For inquiries or further information, please email the Case Manager for Judge Sim Lake, Sheila_R_Anderson@txs.uscourts.gov**